# Court of Appeals
# of the State of Georgia

ATLANTA,  October 14, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0091.  CURTIS WALTON v. THE STATE.**

Curtis Walton pled nolo contendere to driving with a suspended license, and the trial court sentenced him in an order entered on March 26, 2014.  On September 20, 2016, Walton filed this application for discretionary review of his conviction and sentence.  We lack jurisdiction.

Ordinarily, if a party applies for discretionary review of a directly appealable order – such as a conviction and sentence in a criminal case – we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 582-583 (420 SE2d 393) (1992).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Walton's application is untimely, as it was filed more than two years after entry of the order he seeks to appeal.  Consequently, Walton's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/14/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*